IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK D. BORING | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 3:10-CV-02002-P-BF |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING THE AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Amended Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Amended Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SIGNED this 21st day of February, 2012.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE